**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Young, | ) | |
| | ) | Case No. 1:10-cr-090 |
| Defendant. | ) | |

On November 9, 2010, Defendant Christopher Young ("Young") filed a document captioned "Notice of Substitution of Counsel." Therein he advised the court that "Attorney Chase Iron Eyes is substituting as counsel in place of [Assistant Federal Defender] Orell Schmitz in the above-referenced matter." Docket No. 16. As Young has presumably retained the services of Attorney Iron Eyes, Assistant Federal Public Defender Orell Schmitz is **GRANTED** leave to withdraw as defense counsel.

**IT IS SO ORDERED.**

Dated this 24th day of November, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge